```
2006-21471
FILED
May 05, 2006
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0000466063
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:
**Darmanchev, Nikolay**

)
)
)
)
) Bankruptcy Case No.
)
)
)
                                    Debtors.        )

## VERIFICATION OF MASTER ADDRESS LIST

I(we) declare under penalty of perjury that the Master Address List submitted for this case, either (<u>please check one</u>):

☑ on computer diskette listing a total of _____**15** creditors, *[required if debtor's(s') petition is prepared by an attorney or bankruptcy preparer]*,

<u>OR</u>

☐ by a typed, hard copy in scannable format, consisting of _____ pages and listing a total of _____ creditors, *[acceptable <u>only</u> if debtor's(s') petition <u>is not</u> prepared by an attorney or bankruptcy petition preparer]*,

is a true, correct, and complete listing to the best of my(our) knowledge and belief.

I(we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I(we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statement required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: **May 5, 2006**

_____
Debtor's Signature

_____
Joint Debtor's (if any) Signature

FOR COURT USE ONLY

____ Diskette readable. Print-out of Master Address List attached; copy provided to filing party with returned diskette.

____ Diskette unreadable (print-out attached). Notice to resubmit provided to filing party with returned diskette.

EDC 2-100 (Rev. 4/28/99)

VERIFICATION OF MASTER ADDRESS LIST

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Associates/citibank
Po Box 6003
Hagerstown, MD  21747

Capital 1 Bk
11013 W Broad St
Glen Allen, VA  23060

Chevron Credit Bank Na
Po Box 5010
Concord, CA  94524

Citibank Usa
Po Box 6003
Hagerstown, MD  21747

Citibank/sears
Po Box 6189
Sioux Falls, SD  57117

Countrywide Home Lending
450 American St Credit Reporting S
Simi Valley, CA  93065

Crescent Jewelers
315 11th St
Oakland, CA  94607

Dell Financial Svcs
12234 N Ih 35 Sb Bldg B
Austin, TX  78754

Dsrm Nat Bk
Pob 631 112 W 8th
Amarillo, TX  79173

Emerge/fnbo
245 Perimeter Center Pk
Atlanta, GA  30346

Jc Penney
Po Box 981127
El Paso, TX  79998

Mcygemb
9111 Duke Blvd
Mason, OH  45040

Pccu Gold Visa
Po Box 8007
Redwood City, CA  94063

Shell Oil/citibank
Po Box 6003
Hagerstown, MD  21747

```
Washington Mutual
219 Boone Rd
Shelbyville, KY   40065
```